UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAROLD JENKINS, JR. | ) | 4:23-CR-054 |

## ORDER

The Parties' Joint Motion to Correct a Clerical Error, having been considered by the Court, is hereby GRANTED. It is further ORDERED that the Amended Information, correcting the clerical error, be made part of the record in the above-captioned case.

This 29th day of June 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA